UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAY F. CLANTON,

    Plaintiff,

Case No: 1:14-cv-1039

HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On October 25, 2016, Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R&R") recommending that Plaintiff's Application for Attorneys' Fees Under the Equal Access to Justice Act (ECF No. 29) be granted in part and denied in part. (R&R, ECF No. 32.) The R&R notified the parties that any objections must be filed within 14 days of receipt of the R&R. More than 14 days have elapsed since the date of the R&R and no objections have been filed. The Court has reviewed the R&R and concludes that it makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the October 25, 2016, R&R (ECF No. 32) is **APPROVED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's Application for Attorneys' Fees Under the Equal Access to Justice Act (ECF No. 29) is **GRANTED IN PART AND DENIED IN PART.** Plaintiff is awarded Seven Thousand, Two Hundred, and Seven Dollars ($7,207.00) pursuant to the Equal Access to Justice Act.

Date: November 10, 2016

    /s/ Robert Holmes Bell
    ROBERT HOLMES BELL
    UNITED STATES DISTRICT JUDGE